Alan L. Joscelyn, Esq.
GOUGH, SHANAHAN, JOHNSON & WATERMAN, PLLP
33 South Last Chance Gulch
P. O. Box 1715
Helena, Montana 59624-1715
alj@gsjw.com
(406) 442-8560 (phone)
(406) 442-8783 (fax)

    Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| NEIL DEERING, individually, and on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>-vs-<br><br>CENTURYTEL, INC., a Louisiana Corporation, CENTURYTEL BROADBAND SERVICES, LLC, a Louisiana Corporation, and CENTURYTEL SERVICE GROUP, LLC, a Louisiana Corporation,<br>                           Defendants. | Case No. CV-10-12-M-DWM<br><br><br>CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1 |

    CenturyLink, Inc. (formerly CenturyTel, Inc.) has no parent corporation, and no publicly held corporation owns 10% or more of its stock. CenturyTel Broadband Services, Inc., is a wholly owned subsidiary of CenturyTel, Inc. CenturyTel Service Group, Inc., is a wholly owned subsidiary of CenturyTel, Inc.

///

Respectfully Submitted this 25th day of May, 2010.

/s/Alan Joscelyn
Gough, Shanahan, Johnson & Waterman, PLLP
Attorneys For Defendants

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing this May 25, 2010 with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Lane K. Bennett
Law Offices of Lane K. Bennett
322 2nd Ave. West, Suite D
Kalispell, Montana 59903

*Attorney for Plaintiffs*

/s/ Alan L. Joscelyn

Attorney for Defendants