Alan L. Joscelyn, Esq.
GOUGH, SHANAHAN, JOHNSON & WATERMAN, PLLP
33 South Last Chance Gulch
P. O. Box 1715
Helena, Montana 59624-1715
alj@gsjw.com
(406) 442-8560 (phone)
(406) 442-8783 (fax)

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| NEIL DEERING, individually, and on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>-vs-<br><br>CENTURYTEL, INC., a Louisiana Corporation, CENTURYTEL BROADBAND SERVICES, LLC, a Louisiana Corporation, and CENTURYTEL SERVICE GROUP, LLC, a Louisiana Corporation,<br>                        Defendants. | Case No. CV-10-12-M-DWM<br><br><br><br><br><br>Motion For Change of Venue |

Defendants move, pursuant to L.R.1.11(a), for transfer of venue from the Missoula Division to the Billings Division.

The undersigned has contacted counsel for Plaintiffs with respect to this motion, and Plaintiffs' counsel indicates he has, as of the time of this filing, been unable to consult with his client regarding this motion and therefore, cannot agree to the motion.

Respectfully Submitted this 25TH day of May, 2010.

/s/Alan Joscelyn
Gough, Shanahan, Johnson & Waterman, PLLP
Attorneys For Defendants

CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing this May 25, 2010 with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Lane K. Bennett
Law Offices of Lane K. Bennett
322 2nd Ave. West, Suite D
Kalispell, Montana 59903

*Attorney for Plaintiffs*

/s/ Alan L. Joscelyn
Attorney for Defendants