Alan L. Joscelyn, Esq.
GOUGH, SHANAHAN, JOHNSON & WATERMAN, PLLP
33 South Last Chance Gulch
P. O. Box 1715
Helena, Montana 59624-1715
alj@gsjw.com
(406) 442-8560 (phone)
(406) 442-8783 (fax)

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| NEIL DEERING, individually, and on behalf of himself and all others similarly situated, <br><br> Plaintiffs, <br><br> vs- <br><br> CENTURYTEL, INC., a Louisiana Corporation, CENTURYTEL BROADBAND SERVICES, LLC, a Louisiana Corporation, and CENTURYTEL SERVICE GROUP, LLC, a Louisiana Corporation, <br> Defendants. | Case No. CV-10-12-M-DWM <br><br> Unopposed Motion For Extension of Time To File Preliminary Pretrial Statement |

Defendants move for extension of the time to file their Preliminary Pretrial Statement from Friday, May 28, 2010, to Wednesday, June 2, 2010. The undersigned has contacted counsel for Plaintiff who indicates Plaintiffs do not oppose this motion.

Dated May 27, 2010.

/s/ Alan L. Joscelyn
_____
Alan Joscelyn
Gough, Shanahan, Johnson & Waterman
Attorneys For Defendants

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing this May 27, 2010 with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Lane K. Bennett
Law Offices of Lane K. Bennett
322 2nd Ave. West, Suite D
Kalispell, Montana 59903

*Attorney for Plaintiffs*

                                          /s/ Alan L. Joscelyn
                                          Attorney for Defendants