Alan L. Joscelyn, Esq.
GOUGH, SHANAHAN, JOHNSON & WATERMAN, PLLP
33 South Last Chance Gulch
P. O. Box 1715
Helena, Montana  59624-1715
alj@gsjw.com
(406) 442-8560 (phone)
(406) 442-8783 (fax)

    Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# MISSOULA DIVISION

| | |
|---|---|
| NEIL DEERING, individually, and on behalf of himself and all others similarly situated,<br><br>    Plaintiffs,<br><br>-vs-<br><br>CENTURYTEL, INC., a Louisiana Corporation, CENTURYTEL BROADBAND SERVICES, LLC, a Louisiana Corporation, and CENTURYTEL SERVICE GROUP, LLC, a Louisiana Corporation,<br>    Defendants. | Case No. CV-10-12-M-DWM<br><br><br>Order For Extension of Time For Filing Preliminary Pretrial Statement |

On Unopposed Motion of Defendants, it is hereby ordered that the time for Defendants to file their Preliminary Pretrial Statement be and hereby is extended to June 2, 2010.

    Dated _____, 2010.

                                              Donald W. Molloy
                                              U.S. District Judge