Alan L. Joscelyn
alj@gsjw.com
GOUGH, SHANAHAN, JOHNSON & WATERMAN, PLLP
PO Box 1715
Helena, Montana 59624
(406) 442-8560
fax  (406) 442-8783

Attorneys for Defendants


UNITED STATES DISTRICT COURT for
DISTRICT OF MONTANA MISSOULA DIVISION

| | | |
|---|---|---|
| NEIL DEERING, individually, and on behalf of himself and all others similarly situated, | ) ) ) ) | |
| Plaintiff, | ) ) | Cause No. CV-10-12-M-DWM |
| v. | ) ) | |
| CENTURYTELL, INC., a Louisiana Corporation, CENTURYTEL BROADBAND SERVICES, LLC, a Louisiana Corporation, and CENTURYTEL SERVICE GROUP, LLC, a Louisiana Corporation, | ) ) ) ) ) ) ) | UNOPPOSED MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |
| Defendants. | ) | |

Alan L. Joscelyn,  Attorney  for Defendants CENTURYTEL, INC.,

CENTURYTEL BROADBAND SERVICES, LLC, AND CENTURYTEL

SERVICE GROUP, LLC, respectfully moves this Court pursuant to the Local Rules of Procedure of the United States District Court for the District of Montana 83.3(e), to admit *Pro Hac Vice* DAVID ANDREW HANDZO of the law firm of JENNER & BLOCK, LLP, 1099 New York Avenue, N.W., Suite 900, Washington, D.C. 20001-4412, as counsel for CENTURYTEL, INC..

This Motion is supported by the attached Application for Admission of DAVID ANDREW HANDZO to Appear as Counsel *Pro Hac Vice*. A proposed Order accompanies this Motion.

Counsel contacted Plaintiff's lawyer who indicated Plaintiffs have NO OBJECTION to counsel's motion.

Respectfully Submitted, this 28th day of May, 2010.

GOUGH, SHANAHAN, JOHNSON & WATERMAN, PLLP

/s/ Alan L. Joscelyn
Alan L. Joscelyn

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing, together with the Application For Admission referenced above, this May 28, 2010 with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following via U.S. Mail:

Lane K. Bennett
Law Offices of Lane K. Bennett
322 2nd Ave. West, Suite D
Kalispell, Montana 59903

*Attorney for Plaintiffs*

/s/ Alan L. Joscelyn
Attorney for Defendants