Alan L. Joscelyn
alj@gsjw.com
GOUCH, SHANAHAN, JOHNSON & WATERMAN, PLLP
P.O. Box 1715
Helena, Montana 59624
(406) 442-8560
fax (406) 442-8783

Attorneys for CENTURYTEL, INC.

UNITED STATES DISTRICT COURT for
DISTRICT OF MONTANA MISSOULA DIVISION

| | |
|---|---|
| NEIL DEERING, individually, and on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CENTURYTEL, INC., a Louisiana Corporation, CENTURYTEL BROADBAND SERVICES, LLC, a Louisiana Corporation, and CENTURYTEL SERVICE GROUP, LLC, a Louisiana Corporation,<br><br>Defendants. | Cause No. CV-10-12-M-DWM<br><br>**APPLICATION FOR ADMISSION OF DAVID ANDREW HANDZO TO APPEAR AS COUNSEL *PRO HAC VICE*** |

Pursuant to Local Rule 83.3(e), David Andrew Handzo respectfully applies to this Court to appear in this case pro hac vice.

1. I am a resident of the State of Virginia, and I am associated with the firm of JENNER & BLOCK LLP, 1099 New York Avenue, N.W., Suite 900, Washington, D.C. 20001-4412.

2.      I have been admitted to practice in the following courts.

| Court | Bar Number | Date of Admission |
|---|---|---|
| Supreme Court of Illinois | 3127174 | 10/29/80 |
| Northern District of Illinois (Federal) | | 12/08/80 |
| Court of Appeals for the District of Columbia | 384023 | 11/16/84 |
| District Court for the District of Columbia (Federal) | | 07/11/88 |
| U.S. Court of Appeals for the District of Columbia Circuit (Federal) | | 12/22/88 |
| U.S. Court of Federal Claims | | 05/21/98 |
| U.S. Court of International Trade | | 11/20/00 |
| U.S. Court of Appeals for the 1st Circuit | | 05/08/96 |
| U.S. Court of Appeals for the 4th Circuit | | 04/14/97 |
| U.S. Court of Appeals for the 6th Circuit | | 03/18/98 |
| U.S. Court of Appeals for the 7th Circuit | | 02/06/84 |
| U.S. Court of Appeals for the 8th Circuit | | 12/04 |
| U.S. Court of Appeals for the 9th Circuit | | 03/23/93 |
| U.S. Court of Appeals for the 10th Circuit | | 12/26/01 |

3.      I am a member in good standing and eligible to practice in these courts (although I am on inactive status in the Supreme Court of Illinois) and am not currently suspended or disbarred in any court. I have never been sanctioned or otherwise disciplined for disobedience to any rule or order of any Court, and I have never been sanctioned under Federal Rules of Civil Procedure 11 or 37 or their counterparts in any state rules of civil procedure.

4.      I have not made previous application within the year preceding the date of this application for *pro hac vice* admission to this Court.

5.      I am familiar with the rules of this Court governing the conduct of its members, and will at all times abide by and comply with the same so long as such action is pending and I have not withdrawn as counsel therein.

6. The name of local counsel in this matter: Alan L. Joscelyn of Gough, Shanahan, Johnson & Waterman, PLLP, 33 South Last Chance Gulch, P.O. Box 1715, Helena, Montana 59624, 406/442/8560.

WHEREFORE, David Andrew Handzo respectfully requests that this Court grant him leave to appear *pro hac vice* in all matters in this case.

Respectfully Submitted, this 21st day of May, 2010.

JENNER & BLOCK LLP

_____
David Andrew Handzo