UNITED STATES DISTRICT COURT for
DISTRICT OF MONTANA MISSOULA DIVISION

| | |
|---|---|
| NEIL DEERING, individually, and on behalf of himself and all others similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>CENTURYTELL, INC., a Louisiana Corporation, CENTURYTEL BROADBAND SERVICES, LLC, a Louisiana Corporation, and CENTURYTEL SERVICE GROUP, LLC, a Louisiana Corporation,<br><br>      Defendants. | Cause No. CV-10-12-M-DWM<br><br><br><br>ORDER GRANTING MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

This matter comes before the Court on Defendant's Unopposed Motion to admit attorney David Andrew Handzo *Pro Hac Vice* in the above-captioned case. Upon consideration of the motion and the application, it is hereby ORDERED THAT Defendants' Motion for Admission Pro Hac Vice for David Andrew Handzo is GRANTED.

      DATED this _____ day of _____, 2010.

                                          Hon. Donald W. Molloy
                                          United States District Judge