

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

MISSOULA DIVISION

| | | |
|---|---|---|
| NEIL DEERING, individually, and on behalf of himself and all others similarly situated, | ) ) ) | CV 10-12-M-DWM |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | |
| CENTURYTEL, INC., a Louisiana Corporation, CENTURYTEL BROADBAND SERVICES, LLC a Louisiana Corporation, and CENTURYTEL SERVICE GROUP, LLC, a Louisiana Corporation, | ) ) ) ) ) ) ) | ORDER |
| Defendants. | ) ) | |

Defendants having filed an unopposed motion for extension of time to file their preliminary pretrial statement,

Accordingly, IT IS HEREBY ORDERED that the time for Defendants to

1

SCANNED

file their preliminary pretrial statement is extended to June 2, 2010.

Dated this 27 day of May, 2010.

/s/ Donald W. Molloy
Donald W. Molloy, District Judge
United States District Court