IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

MISSOULA DIVISION

| | | |
|---|---|---|
| NEIL DEERING, individually, and on behalf of himself and all others similarly situated, | ) ) ) | CV 10-12-M-DWM |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | |
| | ) | ORDER |
| CENTURYTEL, INC., a Louisiana Corporation, CENTURYTEL BROADBAND SERVICES, LLC a Louisiana Corporation, and CENTURYTEL SERVICE GROUP, LLC, a Louisiana Corporation, | ) ) ) ) ) ) | |
| Defendants. | ) ) ) | |

Defendants move for the admission of David Andrew Handzo to practice before the Court in this case with Alan L. Joscelyn to act as local counsel. Mr. Handzo's application appears to be in order, except that he neglects to state whether he has ever been held in contempt by any court, as required by L.R. 83.3(e)(4)(E).

1

Accordingly, IT IS HEREBY ORDERED that Defendants' motion to admit David Andrew Handzo *pro hac vice* (dkt #8) is GRANTED on the condition that Mr. Handzo shall do his own work. This means that Mr. Handzo must do his own writing, sign his own pleadings, motions, and briefs, and appear and participate personally. Mr. Handzo may move for the admission *pro hac vice* of one (1) associate of his firm. Such associate, if duly admitted, shall be authorized to participate in this case on the same terms and conditions as Mr. Handzo.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. Handzo, within fifteen (15) days of the date of this Order, files a pleading acknowledging his admission under the terms set forth above and fully complying with the terms of L.R. 83.3(e)(4)(E).

DATED this 1st day of June, 2010.

_____
DONALD W. MOLLOY, DISTRICT JUDGE
UNITED STATES DISTRICT COURT