Lane K. Bennett
Attorney at Law
P. O. Box 1354
Kalispell, MT 59903-1354
(406) 752-7300
Attorney for Plaintiff



FILED
JUN 0 3 2010
PATRICK E. DUFFY, CLERK
By_____
DEPUTY CLERK, MISSOULA

# UNITED STATES DISTRICT COURT
## MONTANA DISTRICT, MISSOULA DIVISION

| | |
|---|---|
| NEIL DEERING, individually, and on behalf of himself and all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> CENTURYTEL, INC., a Louisiana Corporation, CENTURYTEL BROADBAND SERVICES, LLC, a Louisiana Corporation, and CENTURYTEL SERVICE GROUP, LLC, a Louisiana Corporation, <br><br> Defendants. | Cause No. CV-10-12-M-DWM <br><br> MOTION BY ATTORNEY FOR LEAVE TO FILE CONVENTIONALLY IN THIS CASE |

I, Lane K. Bennett, hereby move the Court for leave to file documents conventionally in this case because I have not yet passed the quiz required for electronic filing after one attempt and my staff has not yet taken the Court's CM/ECF training.

RESPECTFULLY SUBMITTED this 2~ day of June, 2010.

_____
Lane K. Bennett
Attorney for Plaintiff

**MOTION BY ATTORNEY FOR LEAVE TO FILE
CONVENTIONALLY IN THIS CASE**                                                       1

## CERTIFICATE OF SERVICE

I, Lane K. Bennett, attorney at law, do hereby certify that on the 2nd day of June, 2010, a true and correct copy of the same was delivered first-class mail, postage prepaid and fax delivery to:

Alan L. Joscelyn
GOUGH, SHANAHAN, JOHNSON & WATERMAN, PLLP
P. O. Box 1715
Helena, MT 59624

_____
Lane K. Bennett

**MOTION BY ATTORNEY FOR LEAVE TO FILE
CONVENTIONALLY IN THIS CASE**                                                2