Lane K. Bennett
Attorney at Law
P. O. Box 1354
Kalispell, MT 59903-1354
(406) 752-7300
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
## MONTANA DISTRICT, MISSOULA DIVISION

| | | |
|---|---|---|
| NEIL DEERING, individually, and on behalf of himself and all others similarly situated, | ) ) ) | |
| | ) | |
| Plaintiff, | ) ) | Cause No. CV-10-12-M-DWM |
| vs. | ) ) | ORDER GRANTING MOTION |
| CENTURYTEL, INC., a Louisiana | ) | FOR LEAVE TO FILE |
| Corporation, CENTURYTEL | ) | CONVENTIONALLY |
| BROADBAND SERVICES, LLC, a | ) | |
| Louisiana Corporation, and | ) | |
| CENTURYTEL SERVICE GROUP, | ) | |
| LLC, a Louisiana Corporation, | ) | |
| | ) | |
| Defendants. | ) | |

The Court having received and reviewed Plaintiff 's motion to file conventionally and

good cause appearing therefore the motion is GRANTED.

Dated this_____ of June, 2010.


_____
Honorable Donald W. Molloy
United States District Judge

cc:   Lane K. Bennett, Attorney for Plaintiff
      Alan L. Joscelyn, Attorney for Defendant

**ORDER GRANTING MOTION FOR LEAVE TO FILE CONVENTIONALLY**