Lane K. Bennett
Attorney at Law
P. O. Box 1354
Kalispell, MT 59903-1354
(406) 752-7300
Attorney for Plaintiff



# UNITED STATES DISTRICT COURT
## MONTANA DISTRICT, MISSOULA DIVISION

| | |
|---|---|
| NEIL DEERING, individually, and on behalf of himself and all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CENTURYTEL, INC., a Louisiana Corporation, CENTURYTEL BROADBAND SERVICES, LLC, a Louisiana Corporation, and CENTURYTEL SERVICE GROUP, LLC, a Louisiana Corporation,<br><br>　　　　　Defendants. | Cause No. CV-10-12-M-DWM<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE PRELIMINARY PRETRIAL STATEMENT** |

Lane K. Bennett, attorney for Plaintiff, NEIL DEERING, respectfully moves this Court for an extension of time to file his Preliminary Pretrial Statement from Friday, May 28, 2010, to Thursday, June 3, 2010. The undersigned has contacted counsel for Defendants who indicates Defendants do not oppose this Motion.

RESPECTFULLY SUBMITTED this ____ day of June, 2010.

　　　　　　　　　　　　　　　　　Lane K. Bennett
　　　　　　　　　　　　　　　　　Attorney for Plaintiff

**UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE PRELIMINARY PRETRIAL STATEMENT**　　　　　　　　　　　　　1

## CERTIFICATE OF SERVICE

    I, Lane K. Bennett, attorney at law, do hereby certify that on the ___ day of June, 2010, a true and correct copy of the same was delivered first-class mail, postage prepaid and fax delivery to:

Alan L. Joscelyn
GOUGH, SHANAHAN, JOHNSON & WATERMAN, PLLP
P. O. Box 1715
Helena, MT 59624

_____
Lane K. Bennett

**UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE PRELIMINARY PRETRIAL STATEMENT**     2