Lane K. Bennett
Attorney at Law
P. O. Box 1354
Kalispell, MT 59903-1354
(406) 752-7300
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
## MONTANA DISTRICT, MISSOULA DIVISION

| | |
|---|---|
| NEIL DEERING, individually, and on behalf of himself and all others similarly situated, | ) ) ) ) |
| Plaintiff, | ) Cause No. CV-I0-12-M-DWM ) |
| vs. | ) **ORDER FOR EXTENSION OF** ) **TIME FOR FILING PRELIMINARY** |
| CENTURYTEL, INC., a Louisiana Corporation, CENTURYTEL BROADBAND SERVICES, LLC, a Louisiana Corporation, and CENTURYTEL SERVICE GROUP, LLC, a Louisiana Corporation, | ) **PRETRIAL STATEMENT** ) ) ) ) ) ) |
| Defendants. | ) ) |

On the Unopposed Motion For Extension of Time to File Preliminary Pretrial Statement, in the above-captioned case, it is hereby ORDERED that Plaintiff's time to file their Preliminary Pretrial Statement be and hereby is extended to June 3, 2010.

Dated this ____ of June, 2010.

 

_____
Honorable Donald W. Molloy
United States District Judge

cc:   Lane K. Bennett, Attorney for Plaintiff
      Alan L. Joscelyn, Attorney for Defendant

**ORDER FOR EXTENSION OF TIME FOR FILING**
**PRELIMINARY PRETRIAL STATEMENT**