## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA

### MISSOULA DIVISION

| | |
|---|---|
| NEIL DEERING, individually, and on behalf of himself and all others similarly situated,<br><br>     *Plaintiff,*<br><br>    v.<br><br>CENTURYTEL, INC., a Louisiana Corporation, CENTURYTEL BROADBAND SERVICES, LLC, a Louisiana Corporation, and CENTURYTEL SERVICE GROUP, LLC, a Louisiana Corporation,<br><br>     *Defendants.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br><br>No. 10cv00012 (DM)<br><br>**AFFIDAVIT OF DAVID A. STAMPLEY IN SUPPORT OF MOTION FOR PRO HAC VICE ADMISSION** |

David A. Stampley, Esq., being duly sworn, states under oath:

1. I submit this Affidavit in support of my application to be admitted *Pro Hac Vice* to the United States District Court for the District of Montana.

2. I am a partner at KamberLaw, LLC, a law firm with its offices and place of business located at 11 Broadway, 22nd Floor, New York, New York 10004.

3. I am counsel to Plaintiffs in the above-captioned action.

4. I am admitted to practice before the following courts: State of New York (1993), United States District Court for the Eastern and Southern Districts of New York (1998), and the United States Supreme Court (1999).

5. I am in good standing and eligible to practice in these courts.

6. I am not currently suspended or disbarred in any other court.

7. I have never been held in contempt, otherwise disciplined by any court for disobedience to its rules or orders, or sanctioned under Fed.R.Civ.P. 11 or 37(b), (c), (d), or (f) or their state equivalent.

8. I have also applied for admission *pro hac vice* in another matter in this Court – *Mortensen et al. v. Bresnan Communications, LLC*, 10cv00013. The application is pending.

Dated at  New York, NY ,  this 4th day of March, 2010

David A. Stampley, Esq.

Sworn and subscribed to me before this 4th day of March, 2010.

Notary Public

**DANA RUBIN**
NOTARY PUBLIC-STATE OF NEW YORK
No. 02RU6187901
Qualified in Kings County
My Commission Expires June 02, 2012

2