## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA

### Missoula Division

| | |
|---|---|
| NEIL DEERING, individually, and on behalf of himself and all others similarly situated,<br><br>                             **Plaintiff**<br><br>v.<br><br>CENTURYTEL, INC., a Louisiana corporation, CENTURYTEL BROADBAND SERVICES, LLC, a Louisiana corporation, and CENTURYTEL SERVICE GROUP, LLC, a Louisiana corporation,<br><br>                           **Defendant(s)** | **CASE NO. 9:10-cv-00012**<br><br>**AFFIDAVIT OF RAHUL RAVIPUDI IN SUPPORT OF MOTION FOR PRO HAC VICE ADMISSION** |

Rahul Ravipudi, Esq., being duly sworn, states under oath:

///

///

///

///

///

///

///

1.   I submit this Affidavit in support of my application to be admitted *Pro Hac Vice* to the United States District Court for the District of Montana.

2.   I am an associate at Panish, Shea & Boyle, LLP, a law firm with its offices and place of business located at 11111 Santa Monica Blvd., Suite 700, Los Angeles, CA  90025.

3.   I am counsel to Plaintiffs in the above-captioned action.

4.   I am admitted to practice before the following courts:  State of California (1999), United States District Court for the Northern District of California (2010), United States District Court for the Eastern. District of California (2000).

5.   I am in good standing and eligible to practice in these courts.

6.   I am not currently suspended or disbarred in any other court.

7.   I have never been held in contempt, otherwise disciplined by any court for disobedience to its rules or orders, or sanctioned under Fed.R.Civ.P. 11 or 37(b), (c), (d), or (f) or their state equivalent.

8.      I will be applying for admission *pro hac vice* in another matter in this

        Court – *Mortensen, et al. v. Bresnan Communications, LLC.*, 10cv00013,

        but have not yet filed the application.

DATED: April 22, 2010

By: _____

        Rahul Ravipudi

Sworn and subscribed to me this 22nd day of April, 2010

By: _____

        Notary Public

CAMILLA DESIMONE
Commission # 1848481
Notary Public - California
Los Angeles County
My Comm. Expires May 10, 2013