Lane K. Bennett
Attorney at Law
P. O. Box 1354
Kalispell, MT 59903-1354
(406) 752-7300
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
## MONTANA DISTRICT, MISSOULA DIVISION

| | |
|---|---|
| NEIL DEERING, individually, and on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>CENTURYTEL, INC., a Louisiana Corporation, CENTURYTEL BROADBAND SERVICES, LLC, a Louisiana Corporation, and CENTURYTEL SERVICE GROUP, LLC, a Louisiana Corporation,<br><br>    Defendants. | Cause No. CV-10-12-M-DWM<br><br>**ORDER GRANTING MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

This matter comes before the Court on Plaintiff's <u>Unopposed Motion For Admission of Attorney *Pro Hac Vice*</u>, to admit attorney, RAHUL RAVIPUDI, in the above-captioned case. Upon consideration of the motion and the application, it is hereby ORDERED that Plaintiff's <u>Motion For Admission *Pro Hac Vice*</u> is GRANTED.

Dated this____ of June, 2010.

                                                    Honorable Donald W. Molloy
                                                    United States District Judge

cc:    Lane K. Bennett, Attorney for Plaintiff
         Alan L. Joscelyn, Attorney for Defendant

**ORDER GRANTING MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***