Lane K. Bennett
Attorney at Law
P. O. Box 1354
Kalispell, MT 59903-1354
(406) 752-7300
Attorney for Plaintiff



FILED
JUN 0 3 2010
PATRICK E. DUFFY, CLERK
By _____
DEPUTY CLERK, MISSOULA

## UNITED STATES DISTRICT COURT
## MONTANA DISTRICT, MISSOULA DIVISION

| | |
|---|---|
| NEIL DEERING, individually, and on behalf of himself and all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> CENTURYTEL, INC., a Louisiana Corporation, CENTURYTEL BROADBAND SERVICES, LLC, a Louisiana Corporation, and CENTURYTEL SERVICE GROUP, LLC, a Louisiana Corporation, <br><br> Defendants. | Cause No. CV-10-12-M-DWM <br><br> **UNOPPOSED MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

Lane K. Bennett, attorney for Plaintiff, NEIL DEERING, respectfully moves this Court pursuant to the Local Rules of Procedure of the United States District Court for the District of Montana 83.3(e), to admit *Pro Hac Vice*, BRIAN J. PANISH, Esq., of the law firm of PANISH, SHEA & BOYLE, LLP, a law firm with its offices and place of business located at 11111 Santa Monica Blvd., Suite 700, Los Angeles, CA 90025, as counsel for Plaintiff, NEIL DEERING.

This Motion is supported by the attached <u>Affidavit of Brian J. Panish In Support of Motion For *Pro Hac Vice* Admission</u>. A proposed Order accompanies this Motion.

Counsel contacted Defendant's attorney who indicated Defendant has NO OBJECTION to counsel's motion.

RESPECTFULLY SUBMITTED this _____ day of June, 2010.

_____
Lane K. Bennett
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I, Lane K. Bennett, attorney at law, do hereby certify that on the _____ day of June, 2010, a true and correct copy of the same was delivered first-class mail, postage prepaid and fax delivery to:

Alan L. Joscelyn
GOUGH, SHANAHAN, JOHNSON & WATERMAN, PLLP
P. O. Box 1715
Helena, MT 59624

_____
Lane K. Bennett