Lane K. Bennett
Attorney at Law
P. O. Box 1354
Kalispell, MT 59903-1354
(406) 752-7300
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
## MONTANA DISTRICT, MISSOULA DIVISION

| | |
|---|---|
| NEIL DEERING, individually, and on behalf of himself and all others similarly situated,  )<br>)<br>)<br>)<br>   Plaintiff,   )<br>)<br>vs.   )<br>)<br>CENTURYTEL, INC., a Louisiana Corporation, CENTURYTEL BROADBAND SERVICES, LLC, a Louisiana Corporation, and CENTURYTEL SERVICE GROUP, LLC, a Louisiana Corporation,   )<br>)<br>)<br>)<br>)<br>)<br>)<br>   Defendants.   ) | Cause No. CV-10-12-M-DWM<br><br>**ORDER GRANTING MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

This matter comes before the Court on Plaintiff's Unopposed Motion For Admission of Attorney *Pro Hac Vice*, to admit attorney, BRIAN J. PANISH, in the above-captioned case. Upon consideration of the motion and the application, it is hereby ORDERED that Plaintiff's Motion For Admission *Pro Hac Vice* is GRANTED.

Dated this _____ of June, 2010.

 

Honorable Donald W. Molloy
United States District Judge

cc:   Lane K. Bennett, Attorney for Plaintiff
      Alan L. Joscelyn, Attorney for Defendant

**ORDER GRANTING MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***