IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

MISSOULA DIVISION

| | | |
|---|---|---|
| NEIL DEERING, individually, and on behalf of himself and all others similarly situated, | ) ) ) | CV 10-12-M-DWM |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | ORDER |
| CENTURYTEL, INC., a Louisiana Corporation, CENTURYTEL BROADBAND SERVICES, LLC a Louisiana Corporation, and CENTURYTEL SERVICE GROUP, LLC, a Louisiana Corporation, | ) ) ) ) ) ) | |
| Defendants. _____ | ) ) ) | |

Defendants move to transfer this case to the Billings Division both because they argue venue is proper in the Billings Division and because Judge Donald W. Molloy, although excluded from the plaintiff class by definition, would otherwise be a member of the class. The Court hereby exercises its discretion to transfer this case to the Billings Division, pursuant to L.R. 1.11(a)(4).

1

IT IS HEREBY ORDERED that Defendants' motion (dkt #4) is GRANTED. The case is transferred to the Billings Division.

IT IS FURTHER ORDERED that the preliminary pretrial conference set for June 4, 2010 is VACATED.

DATED this 3rd day of June, 2010.

/s/ Donald W. Molloy
DONALD W. MOLLOY, DISTRICT JUDGE
UNITED STATES DISTRICT COURT