# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA,
# BILLINGS DIVISION

| | | |
|---|---|---|
| NEIL DEERING, Individually and on behalf of himself and all others similarly situated, | ) ) ) ) | Cause No. CV-10-63-BLG-RFC |
| Plaintiff, | ) ) | ORDER |
| -vs- | ) ) | |
| CENTURYTEL, INC., a Louisiana Corporation, CENTURYTEL BROADBAND SERVICES, LLC, a Louisiana Corporation, and CENTURYTEL SERVICE GROUP, LLC, a Louisiana Corporation, | ) ) ) ) ) ) ) | |
| Defendants. _____ | ) ) | |

Counsel for the Plaintiff, Lane K. Bennett, has filed a Motion for Leave to File Conventionally in this Case.

IT IS HEREBY ORDERED that counsel's Motion is Granted. Counsel for the Plaintiff may filed conventionally until completion of the CM/ECF training.

DATED this 15th Day of June, 2010.

_/s/ Richard F. Cebull_____
RICHARD F. CEBULL
U.S. DISTRICT JUDGE