FILED
BILLINGS DIV.
2010 JUN 25 AM 11 29
PATRICK E. DUFFY, CLERK
BY _____
DEPUTY CLERK

# N THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA,
## BILLINGS DIVISION

| | |
|---|---|
| NEIL DEERING, Individually and of behalf of himself and all others similarly situated,<br><br>                Plaintiff,<br><br>-vs-<br><br>CENTURYTEL, INC., a Louisiana Corporation, CENTURYTEL BROADBAND SERVICES, LLC, a Louisiana Corporation, and CENTURYTEL SERVICE GROUP, LLC, a Louisiana Corporation,<br><br>              Defendants. | Cause No. CV-10-63-BLG-RFC<br><br>ORDER ADMITTING RAHUL RAVIPUDI *PRO HAC VICE* |

Lane K. Bennet, counsel for Plaintiffs, moves for the admission of Rahul Ravipudi to practice before this Court *pro hac vice*. Mr. Ravipudi's application appears to be in order. Accordingly,

**IT IS HEREBY ORDERED** the motion to admit Rahul Ravipudi *pro hac*

*vice* (*Doc. 16*) is granted on the condition that Mr. Ravipudi shall do his own work. This means Mr. Ravipudi must do his own writing, sign his own pleadings, motions and briefs, and appear and participate personally

DATED the 25th day of June 2010.

/s/ Richard F. Cebull
RICHARD F. CEBULL
U. S. DISTRICT JUDGE