```
                                    FILED
                                    BILLINGS DIV.

                                    2010 JUN 25  AM 11 29

                                    PATRICK E. DUFFY, CLERK
                                    BY _____
                                        DEPUTY CLERK
```

# N THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA,
## BILLINGS DIVISION

| | |
|---|---|
| NEIL DEERING, Individually and of behalf of himself and all others similarly situated, | Cause No. CV-10-63-BLG-RFC |
| Plaintiff, | ORDER ADMITTING SCOTT A. KAMBER *PRO HAC VICE* |
| -vs- | |
| CENTURYTEL, INC., a Louisiana Corporation, CENTURYTEL BROADBAND SERVICES, LLC, a Louisiana Corporation, and CENTURYTEL SERVICE GROUP, LLC, a Louisiana Corporation, | |
| Defendants. | |

Lane K. Bennet, counsel for Plaintiffs, moves for the admission of Scott A. Kamber to practice before this Court *pro hac vice*. Mr. Kamber's application appears to be in order. Accordingly,

**IT IS HEREBY ORDERED** the motion to admit Scott A. Kamber *pro hac*

*vice* (*Doc. 14*) is granted on the condition that Mr. Kamber shall do his own work. This means Mr. Kamber must do his own writing, sign his own pleadings, motions and briefs, and appear and participate personally

DATED the 25th day of June 2010.

/s/ Richard F. Cebull
RICHARD F. CEBULL
U. S. DISTRICT JUDGE