OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
For The District of Montana

Patrick E. Duffy
Clerk of Court



Beth Conley
Chief Deputy Clerk

October 22, 2010

To Non-registered CM/ECF Users:

In Re:     Standing Order RFC-7

This letter is to notify you that you will no longer receive conventional notice of filing of any and all orders and/or other court pleadings in any and all cases for which you are representing individuals on in the District of Montana.

You were previously advised of and provided with a copy of Standing Order RFC-7 regarding mandatory use of the District of Montana's CM/ECF system. To date, you have not remedied your non-compliance with this order by registering for a login and password or filing for and being granted leave of court to file conventionally in each case you have within the District of Montana.

You may register for a login and password at any time. If you are not registered in another federal district or bankruptcy court, you will need to complete our electronic learning modules. These can be found on our website at http://www.mtd.uscourts.gov/cmecf.htm under the Training and Manuals section. After you have completed the modules and reviewed our Administrative Procedures Manual, please complete the short quiz. After successfully passing the quiz, print the results, and fax them with your registration form to 406-441-1357.

Sincerely,

Patrick E. Duffy
Clerk of Court

406-542-7260

Russell E. Smith Courthouse
P.O. Box 8537 ♦ 201 East Broadway
Missoula, MT 59807
www.mtd.uscourts.gov

Fax 406-542-7272