IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| NEIL DEERING, individually, and on behalf of himself and all others similarly situated,<br><br>　　　　　　*Plaintiff,*<br><br>　　　　v.<br><br>CENTURYTEL, INC., a Louisiana Corporation, CENTURYTEL BROADBAND SERVICES, LLC, a Louisiana Corporation, and CENTURYTEL SERVICE GROUP, LLC, a Louisiana Corporation,<br><br>　　　　　　*Defendants.* | Case No.CV-10-63-BLG-RFC<br><br>**JOINT MOTION FOR ENLARGEMENT OF TIME** |

## JOINT MOTION FOR ENLARGEMENT OF TIME

COMES NOW Neil Deering, on behalf of himself and all others similarly situated, Plaintiff herein, and CenturyTel, Inc., CenturyTel Broadband Services, LLC, and CenturyTel Service Group, Defendants herein, and respectfully file this Joint Motion for Enlargement of Time showing the following:

1. Per the Court's June 30, 2010 order, the trial date in the instant matter is June 6, 2011.

2. Disclosures required by Fed. R. Civ. P. 26(a)(2), including reports from retained experts, shall be served by Plaintiff with respect to damages and both parties with respect to liability, by December 17, 2010, and by Defendants with respect to damages, by January 21, 2011.

3. The parties have experienced scheduling difficulties with respect to various depositions, but anticipate that these will be resolved shortly. Additionally, some third party discovery with respect to NebuAd, Inc., which must be completed before expert witnesses can complete their reports, is as yet unfinished.

4. Accordingly, the parties jointly request that the Court to extend the above-described deadlines concerning expert disclosures by thirty-one (31) days, respectively. This change will not require any change to any other existing deadlines, including the trial date.

5. A proposed order is attached hereto.

Dated:        December 14, 2010

/s/ Lane K. Bennett
Lane K. Bennett
**LAW OFFICES OF LANE JOHNSON K. BENNETT**
322 2nd Ave. West, Suite D
Kalispell, Montana 59903
Phone: 406-752-7300
Fax: 406-752-7300
Email: lkbennett@montanasky.us

and

Scott A. Kamber
David Stampley
**KAMBERLAW, LLC**
11 Broadway Suite 2200
New York, NY 10004
Phone: (212) 920-3071
Fax: (212) 920-3081
Email: dstampley@kamberlaw.com

and
Rahul Ravipudi
**PANISH SHEA & BOYLE LLP**
11111 Santa Monica Blvd. Suite 700
Los Angeles, CA 90025
Phone: (310) 477-1700
Fax: (310) 477-1699
Email: ravipudi@psblaw.com
**ATTORNEYS FOR PLAINTIFF NEIL DEERING**

Respectfully submitted,

/s/  Alan L. Joscelyn
Alan L. Joscelyn
**GOUGH, SHANAHAN, & WATERMAN, PLLP**

33 S. Last Chance Gulch
Post Office Box 1715
Helena, Montana  59624-1715
Phone: 406-442-8560
Fax: 406-442-8783
alj@gsjw.com
and

David A. Handzo
**JENNER & BLOCK LLP**
1099 New York Avenue NW Ste. 900
Washington, DC 20001
Phone: (202) 639-6000
Fax: (202) 639-6066
Email: dhandzo@jenner.com
**ATTORNEYS FOR DEFENDANTS CENTURYTEL, INC.,** and **CENTURYTEL BROADBAND SERVICES, LLC, AND CENTURYTEL SERVICE GROUP, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing this December 14, 2010 with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Lane K. Bennett
**LAW OFFICES OF LANE K. BENNETT**
322 2nd Ave. West, Suite D
Kalispell, Montana 59903
Phone: 406-752-7300
Fax: 406-752-7300
Email: lkbennett@montanasky.us

Scott A. Kamber
David Stampley
**KAMBERLAW, LLC**
11 Broadway Suite 2200
New York, NY 10004
Phone: (212) 920-3071
Fax: (212) 920-3081
Email: dstampley@kamberlaw.com
      skamber@kamberlaw.com

David A. Handzo
**JENNER & BLOCK LLP**
1099 New York Avenue NW, Ste. 900
Washington, DC 20001
Phone: (202) 639-6000
Fax: (202) 639-6066
Email: dhandzo@jenner.com

Rahul Ravipudi
Pete Kaufman
**PANISH SHEA & BOYLE LLP**
11111 Santa Monica Blvd. Suite 700
Los Angeles, CA 90025
Phone: (310) 477-1700
Fax: (310) 477-1699
Email: ravipudi@psblaw.com
pkaufman@psblaw.com

/s/ Alan L. Joscelyn
Attorney for Defendants