# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA,
# BILLINGS DIVISION

| | | |
|---|---|---|
| NEIL DEERING, Individually and on behalf of himself and all others similarly situated, | ) ) ) ) | CV-10-63-BLG-RFC |
| Plaintiff, | ) | **ORDER** |
| -vs- | ) ) ) | |
| CENTURYTEL, INC., a Louisiana Corporation, CENTURYTEL BROADBAND SERVICES, LLC, a Louisiana Corporation, and CENTURYTEL SERVICE GROUP, LLC, a Louisiana Corporation, | ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

Having considered the parties' Joint Motion for Enlargement of Time, and for good cause shown,

IT IS HEREBY ORDERED that the Scheduling Order [Doc. 26] is amended as follows:

Disclosure of Plaintiff's damages experts and simultaneous disclosure of liability experts required by Fed. R. Civ. P. 26(a)(2), including reports from retained experts, shall be served by January 17, 2011.

Disclosure of Defendants' damages experts required by Fed. R. Civ. P. 26(a)(2), including reports from retained experts, shall be served by February 21, 2011.

All other deadlines remain in effect.

DATED this 15th Day of Decenber, 2010.

_/s/ Richard F. Cebull_____
RICHARD F. CEBULL
U.S. DISTRICT JUDGE