IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| NEIL DEERING, individually, and on behalf of himself and all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>CENTURYTEL, INC., a Louisiana Corporation, CENTURYTEL BROADBAND SERVICES, LLC, a Louisiana Corporation, and CENTURYTEL SERVICE GROUP, LLC, a Louisiana Corporation,<br><br>*Defendants.* | Case No.CV-10-63-BLG-RFC<br><br><br>JOINT MOTION FOR ENLARGEMENT OF TIME |

## JOINT MOTION FOR ENLARGEMENT OF TIME

COMES NOW Neil Deering, on behalf of himself and all others similarly situated, Plaintiff herein, and CenturyTel, Inc., CenturyTel Broadband Services, LLC, and CenturyTel Service Group, Defendants herein, and respectfully file this Joint Motion for Enlargement of Time showing the following:

1. Per the Court's June 30, 2010 order, the trial date in the instant matter is June 6, 2011. Fully briefed motions are due by March 15, 2011. Discovery closes on February 26, 2011. And expert disclosures are due on January 17, 2011.

1

2. The parties met and conferred prior to submitting their Joint Report and [Proposed] Scheduling Order on June 30, 2010. At the time of agreeing to certain deadlines, the parties were not aware of certain roadblocks that – despite good faith and best efforts – will prevent the parties from meeting those deadlines which were solidified in the Court's June 30, 2010 Order.

3. Specifically, in compiling the documents responsive to Plaintiff's discovery requests, Defendants discovered that many of those documents are stored on Novell backup tapes which cannot easily be processed into readable form. Defendants have needed to engage the services of an outside vendor in order to attempt to process the data stored on those tapes into a readable format. Production of those documents is likely to take several weeks.

4. The Plaintiff has noticed depositions, but the parties agree that it would be neither practical nor efficient for Plaintiff to take the noticed depositions without first receiving the responsive documents. The Plaintiff expects that the documents will form the basis for his depositions, and if forced to proceed with the depositions in advance of receiving the documents, he would seek to continue the depositions post-production. Given that CenturyTel witnesses are located all over the country, unnecessary expense would result. Moreover, proceeding in such a manner will not result in the parties completing all of the necessary discovery

within the currently imposed deadlines. To that end, the parties desire to postpone holding depositions until after the documents can be produced.

5. Additionally, Plaintiff is unable to complete any meaningful expert reports until after document production and certain depositions have been completed.

6. Given the document production roadblock, the current discovery and trial schedule is untenable. Defendants anticipate being able to produce all of the responsive documents by mid- to late-February. However, there will not be time to schedule and complete depositions before the current discovery cut-off of February 26, 2011.

7. In order to achieve meaningful and thorough non-expert and expert discovery, the parties respectfully request that the discovery, briefing, and trial schedule should be amended as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Liability expert reports | January 17, 2011 | March 15, 2011 |
| Non-expert discovery deadline | February 26, 2011 | March 31, 2011 |
| Expert discovery deadline | | April 30, 2011 |
| Daubert Motions | | May 15, 2011 |
| Dispositive Motions fully briefed | March 15, 2011 | June 15, 2011 |
| Final Pretrial Conference | May 26, 2011 | To Be Set By Court |
| Trial Date | June 6, 2011 | To Be Set By Court |

8. A proposed order is attached hereto.

3

| | |
|---|---|
| Dated: January 14, 2011 | Respectfully submitted, |

/s/ Lane K. Bennett
Lane K. Bennett
**LAW OFFICES OF LANE K. BENNETT**
322 2nd Ave. West, Suite D
Kalispell, Montana 59903
Phone: 406-752-7300
Fax: 406-752-7300
Email: lkbennett@montanasky.us

and

Scott A. Kamber
David Stampley
**KAMBERLAW, LLC**
11 Broadway Suite 2200
New York, NY 10004
Phone: (212) 920-3071
Fax: (212) 920-3081
Email: dstampley@kamberlaw.com

and

Rahul Ravipudi
**PANISH SHEA & BOYLE LLP**
11111 Santa Monica Blvd. Suite 700
Los Angeles, CA 90025
Phone: (310) 477-1700
Fax: (310) 477-1699
Email: ravipudi@psblaw.com
**ATTORNEYS FOR PLAINTIFF NEIL DEERING**

/s/ Alan L. Joscelyn
Alan L. Joscelyn
**GOUGH, SHANAHAN, JOHNSON & WATERMAN, PLLP**
33 S. Last Chance Gulch
Post Office Box 1715
Helena, Montana 59624-1715
Phone: 406-442-8560
Fax: 406-442-8783
alj@gsjw.com

and

David A. Handzo
**JENNER & BLOCK LLP**
1099 New York Avenue NW Ste. 900
Washington, DC 20001
Phone: (202) 639-6000
Fax: (202) 639-6066
Email: dhandzo@jenner.com
**ATTORNEYS FOR DEFENDANTS CENTURYTEL, INC., CENTURYTEL BROADBAND SERVICES LLC, AND CENTURYTEL SERVICE GROUP, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing this January 14, 2011 with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Lane K. Bennett
**LAW OFFICES OF LANE K. BENNETT**
322 2nd Ave. West, Suite D
Kalispell, Montana 59903
Phone: 406-752-7300
Fax: 406-752-7300
Email: lkbennett@montanasky.us

Scott A. Kamber
David Stampley
**KAMBERLAW, LLC**
11 Broadway Suite 2200
New York, NY 10004
Phone: (212) 920-3071
Fax: (212) 920-3081
Email: dstampley@kamberlaw.com
        skamber@kamberlaw.com

David A. Handzo
**JENNER & BLOCK LLP**
1099 New York Avenue NW Ste. 900
Washington, DC 20001
Phone: (202) 639-6000
Fax: (202) 639-6066
Email: dhandzo@jenner.com

Rahul Ravipudi
Pete Kaufman
**PANISH SHEA & BOYLE LLP**
11111 Santa Monica Blvd. Suite 700
Los Angeles, CA 90025
Phone: (310) 477-1700
Fax: (310) 477-1699
Email: ravipudi@psblaw.com
pkaufman@psblaw.com

/s/ Alan L. Joscelyn
Attorney for Defendants