IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA,
BILLINGS DIVISION

| | |
|---|---|
| NEIL DEERING, Individually and on behalf of himself and all others similarly situated,<br><br>                      Plaintiffs,<br>    -vs-<br><br>CENTURYTEL, INC., a Louisiana Corporation, CENTURYTEL BROADBAND SERVICES, LLC, a Louisiana Corporation, and CENTURYTEL SERVICE GROUP, LLC, a Louisiana Corporation,<br><br>                      Defendants. | Cause No. CV-10-63-BLG-RFC<br><br>SECOND SCHEDULING ORDER |

Counsel have filed a Joint Motion for Enlargement of Time to extend pretrial deadlines and reset the trial in this matter.  For good cause appearing:

1.  The following schedule will govern all further proceedings in this case:

Jury Trial (7-member jury):         **Monday, September 19, 2011**
7 days expected                             **9:00 a.m.**
                                                 James F. Battin Courthouse
                                                 Billings, Montana

Final Pretrial Conference:          **Thursday, September 8, 2011**
                                                 **10:00 a.m.**
                                                 James F. Battin Courthouse
                                                 Billings, Montana

1