Exhibit A

# CenturyTel Privacy Policy for Internet Access Services

Last Revised: 10.31.07

CenturyTel's Internet access services (the "Services") are brought to you by CenturyTel Service Group, LLC on behalf of its applicable operating affiliates (collectively, "CenturyTel"). The Services are provided to you subject to the terms and conditions of this CenturyTel Privacy Policy for Internet Access Services (the "Privacy Policy"). PLEASE READ THIS PRIVACY POLICY IN FULL BEFORE USING THE SERVICES. BY SUBSCRIBING TO ONE OR MORE OF OUR SERVICES, YOU AGREE TO CENTURYTEL'S COLLECTION AND USE OF YOUR PERSONAL INFORMATION AS DESCRIBED IN THIS PRIVACY POLICY.

**COLLECTION OF DATA.** CenturyTel places a high value on personal privacy, and we are committed to protecting the personal information of the users of our Services. Such personal information collected may include, without limitation, name, address, telephone number, personal computer specifications, e-mail address, user IDs and passwords, billing and transaction information, credit card information, and contact preferences.

**HOW WE USE THE DATA WE COLLECT.** CenturyTel uses personal information to better understand your needs and interests, and to provide you with a better service experience. The personal information collected is used to provide a tailored service to you in order to better manage your account. This may include customizing your shopping experiences, responding to your requests, communicating with you electronically, and providing information regarding goods and services that we believe may be of particular interest to you. In addition, we may collect information about you from our trusted vendors, such as updated delivery and address information, so that we can correct our records and deliver your purchases or communicate with you more efficiently.

**SHARING OF DATA.** We are committed to our customers, and we will not share your personal information with unaffiliated third parties without your permission, except under the following circumstances:

- We may disclose your personal information if we are required to do so by applicable law, regulation, and/or legal process.
- We may disclose your personal information to law enforcement authorities if it is believed in good faith that such action is necessary to protect public safety or to protect the employees and property of CenturyTel.
- We may disclose your personal information to companies and vendors that perform marketing or other services on our behalf.
- We may disclose your personal information to unaffiliated companies and vendors, when necessary, to provide a service that you requested.

When we disclose your personal information to unaffiliated third parties, it is our policy to provide such third parties with only the information they need, and to prohibit them from otherwise selling or disclosing the personal information we provide.

CenturyTel may provide aggregate information about our customers, sales, Web site patterns and general Web site information to our affiliates and other vendors with whom we do business; however, this disclosure will not include any personal information. For example, CenturyTel has relationships with companies that place advertising on our family of Web sites. As a result of your visit to our site(s), such companies may collect information such as your domain type, your IP address and clickstream information. In addition, if you subscribe to and/or use the Services, then CenturyTel may collect statistical information on the performance of your connection, which allows us to improve the quality and performance of such Services.

**HOW TO GET YOUR INFORMATION REMOVED FROM OUR RECORDS.** We keep our customer data for two (2) years, for modeling and profiling of our products and their activity, after which it is destroyed. To

have your information removed from our records prior to that, you may contact us by e-mail, phone, or postal mail, and we will remove your information promptly.

**OPTING OUT.** We periodically send our customers news about products, new offers, and special promotions by e-mail. When you become a CenturyTel customer, you are automatically signed up to receive these e-mails. To update your e-mail address for special offers and products, or to stop receiving e-mails about specials on products and services, log in to "My Account," select "Account Profile" in the left navigation menu, and under "Your e-mail preferences," select the link that matches your preference. If you would like to enroll or learn about the benefits of My Account, read our FAQs or Enroll now. If you are not enrolled for My Account, and wish to stop receiving emails about CenturyTel products and services specials, unsubscribe here.

**UPDATING YOUR PERSONAL INFORMATION.** You may update your name, address, e-mail address, and personal preferences in the My Account section of the Web site. If you would like to update this information now, please log in to My Account. You must enroll in My Account to access and update your personal information. If you have not enrolled, click here to do so.

**COOKIES AND WEB BEACONS.** CenturyTel may collect information about your computer hardware and software -- for example, your IP address, domain name, and access times – using "cookies." Cookies are files that Web browsers place on the computer of a Web site visitor, and that identify you as a unique user.

We, or a third party acting on our behalf, may use cookies to tailor and improve the content we deliver to visitors to CenturyTel's family of Web sites, to improve our Web site(s) by assessing which areas, features, and products are most popular, and to personalize our Web site(s) and make recommendations based on information, including product choices, a particular visitor has previously provided. For example, we may use a cookie to identify your phone number so we do not ask you to enter it more than once. We also use cookies to store user preferences, complete online order activity and keep track of transactions.

We, or a third party acting on our behalf, may use Web beacons in certain of our Web pages and e-mails to gauge the effectiveness of our marketing campaigns and e-mail correspondence. For example, we may use Web beacons in our HTML-based e-mails to let us know which e-mails have been opened by the recipients. You can configure your Web browser to alert you when a Web site is attempting to send a cookie to your computer and allow you to accept or refuse the cookie. You can also set your browser to disable the capacity to receive cookies or you can delete cookies previously accepted. Some CenturyTel Web pages (and other Web pages) may not work correctly if you have cookies disabled.

We may use advertising companies to deliver ads for CenturyTel-offered services and products on our Web sites or on third party Web sites. These Internet ads are often called "banner ads" and may contain third-party cookies or Web beacons that allow tracking of visitors' responses to our advertisements. Although these third parties may receive anonymous Web usage information about ad viewing on such Web sites, we prohibit them from using this information for any purpose other than to assist us in measuring the effectiveness of our ads.

When you interact with our Web site, we strive to make that experience easy and meaningful. Our site uses session cookies to track Web visitor behavior and to allow our customers to immediately save their User IDs, as well as personal settings on specific pages. This allows us to process your information and quickly log you into the product. Session cookies also help us make sure you are who you say you are after you have logged in.

We use persistent cookies that only CenturyTel can read and use, to identify the fact that you are either a CenturyTel customer, or a prior CenturyTel Web site visitor. We are especially careful about the security and confidentiality of the information stored in persistent cookies. Users who disable their Web browsers' ability to accept cookies will still be able to browse our Web site; however, they may lose some of the functionality provided by the use of persistent cookies.

You can prevent our site from using cookies or to notify you when a cookie is being used by following the instructions below. However, cookies must be enabled for My Account to function properly. Instructions on enabling and disabling cookies are listed below.

**HOW TO ENABLE COOKIES.** To enable cookies, follow the instructions below for the browser version you are using.

Mozilla Firefox (1.0 final release and earlier)
- Go to the "Tools" menu.
- Select "Options".
- Select the "Privacy" icon in the left panel.
- Check the box corresponding to "Allow sites to set cookies".
- Click "OK" to save changes.

Netscape 7.1/Mozilla 5.0
- Select "Preferences" from the Edit menu.
- Click on the arrow next to "Privacy & Security" in the scrolling window to expand.
- Under "Privacy & Security", select "Cookies."
- Select "Enable all cookies".
- Click "OK".

Microsoft Internet Explorer 6.0+
- Select "Internet Options" from the Tools menu.
- Click on the "Privacy" tab.
- Click the "Default" button (or manually slide the bar down to "Medium") under "Settings".
- Click "OK".

Microsoft Internet Explorer 5.x
- Select "Internet Options" from the Tools menu.
- Click on the "Security" tab.
- Click the "Custom Level" button.
- Scroll down to the "Cookies" section.
- To enable:
  - Set "Allow cookies that are stored on your computer" to "Enable".
  - Set "Allow per-session cookies" to "Enable".
- Click "OK".

Microsoft Internet Explorer 4.x
- Select "Internet Options" from the View menu.
- Click on the "Advanced" tab.
- Scroll down to find "Cookies" within the "Security" section.
- To enable:
  - Select "Always accept cookies".
- Click "OK".

Netscape Communicator 4.x
- Select "Preferences" from the Edit menu.
- Find the "Cookies" section in the "Advanced" category.
- To enable:
  - Select "Accept all cookies" (or "Enable all cookies").
- Click "OK".

Apple Safari 1.31
- Select "Preferences" from Safari menu.
- Click on "Security" padlock icon.
- Under the Accept Cookies option, check the radio button for Always.
- Click OK and close the Preferences dialog to apply changes.

**HOW TO DISABLE COOKIES.** To disable and/or be alerted about accepting cookies, follow the instructions below for the browser version you are using:

Mozilla Firefox (1.0 final release and earlier)
- Go to the "Tools" menu.
- Select "Options".
- Select the "Privacy" icon in the left panel.
- Uncheck the box corresponding to "Allow sites to set cookies".

- Click "OK" to save changes.

Netscape 7.1/Mozilla 5.0
- Select "Preferences" from the Edit menu.
- Click on the arrow next to "Privacy & Security" in the scrolling window to expand.
- Under "Privacy & Security", select "Cookies."
- Select "Disable cookies".
- Click "OK".

Microsoft Internet Explorer 6.0+
- Select "Internet Options" from the Tools menu.
- Click on the "Privacy" tab.
- Manually slide the bar up to "High" or "Block All Cookies") under "Settings".
- Click "OK".

Microsoft Internet Explorer 5.x
- Select "Internet Options" from the Tools menu.
- Click on the "Security" tab.
- Click the "Custom Level" button.
- Scroll down to the "Cookies" section.
- To disable:
  - Set "Allow cookies that are stored on your computer" to "Disable" or "Prompt."
  - Set "Allow per-session cookies" to "Disable" or "Prompt."
- Click "OK".

Microsoft Internet Explorer 4.x
- Select "Internet Options" from the View menu.
- Click on the "Advanced" tab.
- Scroll down to find "Cookies" within the "Security" section.
- To disable:
  - Select "Never accept cookies" or "Prompt before accepting cookies."
- Click "OK".

Netscape Communicator 4.x
- Select "Preferences" from the Edit menu.
- Find the "Cookies" section in the "Advanced" category.
- To disable:
  - Select "Warn me before accepting a cookie."
- Click "OK".

Apple Safari 1.31
- Select "Preferences" from Safari menu.
- Click on "Security" padlock icon.
- Under the Accept Cookies option, check the radio button for "Never" or "Prompt."
- Click OK and close the Preferences dialog to apply changes.

If you are not using one of the browsers listed above, select "Help" from the toolbar of your browser window for additional information. For additional information about cookies, visit www.cookiecentral.com.

**CHILDREN.** CenturyTel does not knowingly collect personal information from minors under the age of 18, and will not accept orders from minors without the permission of their parents or guardians.

**SECURITY.** CenturyTel is committed to protecting the security of your personal information and takes commercially reasonable steps to protect your personal information from unauthorized access, use or disclosure. However, no security feature is fail-safe, and we cannot guarantee that the measures taken to protect your personal information are invulnerable.

**LINKS TO OTHER SITES.** CenturyTel's family of Web site(s) may provide links to Web sites maintained by third parties. We provide these links for your convenience. CenturyTel makes no endorsements or representations regarding the content, products, features or privacy of any linked Web site.

**ONLINE ADVERTISING AND THIRD-PARTY AD SERVERS.** CenturyTel partners with a third party to deliver or facilitate delivery of advertisements to our users while they are surfing the Web. This delivery of advertisements may be facilitated by the serving of ad tags outside the publisher's existing HTML code. These advertisements will be based on those users' anonymous surfing behavior while they are online. This anonymous information will not include those users' names, email addresses, telephone number, or any other personally identifiable information. By opting out, you will continue to receive advertisements as normal; except these advertisements will be less relevant and less useful to you. If you would like to opt out, click here or visit http://www.nebuad.com/privacy/servicesPrivacy.php.

**CPNI (Customer Proprietary Network Information).** With certain exceptions, CPNI is the type of information that is commonly found in your telephone bill such as the types of services you buy, how much you use those services and how they are provided. You have a right, and your telephone carrier has a duty, under federal law to protect the confidentiality of CPNI. You also have a right under federal law to restrict how your telecommunications carrier uses CPNI to offer you additional services. If CenturyTel is your telecommunications carrier and you have a question about CPNI, please contact us. We will be happy to answer any questions you have about CPNI and provide you with a detailed explanation of your options under federal law to restrict the use of CPNI.

**LIMITATION OF LIABILITY.** We operate and maintain this site for the convenience of our customers and visitors and are committed to abiding by the terms of this Privacy Policy. However, we do not warrant against breaches of the Privacy Policy and make no promises to you, express or implied, by posting this Privacy Policy.

**SECURITY OF YOUR PHONE RECORDS.** At CenturyTel, we understand that security of customer records is vitally important, and we use great care in protecting customer information. We do not release customer information to any agency or organization without proper authorization. Requests are processed by CenturyTel, not by third parties, and are carefully verified by our in-house team. Our commitment to you extends beyond our service -- that's the personal touch we deliver.

## MY ACCOUNT

### What information do we collect?

To access your bill, make payments or shop in our store, you will need to create an account. Your account is protected by a password that you choose. We will ask for your name, email address, billing address, telephone number and other personal information. If you wish to pay by credit card, we will also ask for your credit card information which will be maintained in encrypted form for your protection. This account information is kept along with your order history. You can view your account information and the status of your orders by clicking on the My Account page at any time. In addition, we also log information about your visit, including the URL that you came from, your Internet Protocol address, domain type (e.g., .com, .org), CenturyTel website pages that you view and search terms you use.

### How do we use personal information?

The information you provide to purchase merchandise is used to fulfill your order. In addition, you may choose to receive an email newsletter with special promotions, new arrivals or new features of the site. You can remove yourself from our newsletter list by changing your selection on the My Account page at any time. In addition, we use log information from My Account in order to enhance the operation of the site. We do not correlate personally identifying information collected in My Account with any other information that you provide when using other sections of the CenturyTel website.

### What about cookies?

A cookie is a piece of data that identifies you as a unique user. When you visit My Account, we set a cookie on your computer to help identify you, customize your experience, maintain your account and order information. To protect the security of your account, you must accept the My Account cookie in order to access your bill, make payments or shop.

**Do we share personal information?**

We do not sell or rent any personal information to others. We may, however, disclose personal information if we believe we are required to do so by law or have a good faith belief that access, preservation or disclosure of such information is reasonably necessary to protect the rights, property or safety of CenturyTel, its users and the public.

**How do we keep your information secure?**

The personal information that you provide to My Account, including your credit card information, is maintained on secure servers and protected by industry-standard Secure Socket Layer encryption. When entering personal information, look for an icon at the bottom of your browser window that indicates you are on a secure page.

**How do I update my information?**

You can access and edit your account information at any time by logging in and clicking on the My Account page. If you have questions about the status of your orders or any other questions about My Account, please contact us.

**CONTACT US ABOUT YOUR PRIVACY QUESTIONS OR CONCERNS.** You can rest assured that:

- CenturyTel does not share your personal information, except as provided in this Privacy Policy;
- your information will be handled in a confidential and professional manner;
- our partners and employees have been trained to respect and protect your privacy; and
- safeguards are in place to protect your account details and personal information.

If you still have questions or concerns about your privacy, feel free to email IT-privacypolicy@centurytel.com. We will be delighted to answer your questions.

**CHANGES TO THIS PRIVACY POLICY.** Please note that it is possible that this Privacy Policy may change from time to time. We expect most such changes to be minor, but there may be changes that are more significant. Regardless, we will post those changes on this page so that you can easily find the information we collect and how we safeguard it. You should be able to readily notice any changes by the date stamp at the top of this page.