# Exhibit B

Dear CenturyTel Customer,

This message is being sent to inform you that CenturyTel has updated its Privacy Policy concerning Internet Access Services. You can access this Privacy Policy by visiting http://interapp.centurytel.com/privacy_policy_1.cfm.