IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| NEIL DEERING, individually, and on behalf of himself and all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>CENTURYTEL, INC., a Louisiana Corporation, CENTURYTEL BROADBAND SERVICES, LLC, a Louisiana Corporation, and CENTURYTEL SERVICE GROUP, LLC, a Louisiana Corporation,<br><br>*Defendants.* | Case No.CV-10-63-BLG-RFC<br><br>**JOINT MOTION FOR ENLARGEMENT OF TIME** |

## JOINT MOTION FOR ENLARGEMENT OF TIME

COMES NOW Neil Deering, on behalf of himself and all others similarly situated, Plaintiff herein, and CenturyTel, Inc., CenturyTel Broadband Services, LLC, and CenturyTel Service Group, Defendants herein, and respectfully file this Joint Motion for Enlargement of Time showing the following:

1. On January 25, 2011, Defendants filed a Partial Motion to Dismiss Counts I & II of Plaintiff's Complaint.

1

2. Plaintiff's opposition to Defendants' Motion would be due on February 15, 2011.  The parties hereby agree that Plaintiff's opposition to Defendants' Motion is now due on February 25, 2011.


Dated: February 10, 2011

/s Rahul Ravipudi
Rahul Ravipudi
**PANISH SHEA & BOYLE LLP**
11111 Santa Monica Blvd., Suite 700
Los Angeles, CA  90025
Phone:  310-477-1700
Fax:  310-477-1699
Email: ravipudi@psblaw.com


**and**
Scott A. Kamber
David Stampley
**KAMBERLAW, LLC**
11 Broadway Suite 2200
New York, NY 10004
Phone: (212) 920-3071
Fax: (212) 920-3081
Email: dstampley@kamberlaw.com

**and**

Lane K. Bennett
**LAW OFFICES OF LANE K. BENNETT**
322 2nd Ave. West, Suite D
Kalispell, Montana 59903
Phone: 406-752-7300
Fax: 406-752-7300
Email: lkbennett@montanasky.us

Respectfully submitted,

/s Alan L. Joscelyn
Alan L. Joscelyn
**GOUGH, SHANAHAN, JOHNSON & WATERMAN, PLLP**
33 S. Last Chance Gulch
Post Office Box 1715
Helena, Montana  59624-1715
Phone: 406-442-8560
Fax: 406-442-8783
alj@gsjw.com


**and**
David A. Handzo
**JENNER & BLOCK LLP**
1099 New York Avenue NW Ste. 900
Washington, DC 20001
Phone: (202) 639-6000
Fax: (202) 639-6066
Email: dhandzo@jenner.com
**ATTORNEYS FOR DEFENDANTS CENTURYTEL, INC., CENTURYTEL BROADBAND SERVICES LLC, AND CENTURYTEL SERVICE GROUP, LLC**

**ATTORNEYS FOR PLAINTIFF**
**NEIL DEERING**

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing this February 10, 2011 with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Lane K. Bennett
**LAW OFFICES OF LANE K. BENNETT**
322 2nd Ave. West, Suite D
Kalispell, Montana 59903
Phone: 406-752-7300
Fax: 406-752-7300
Email: lkbennett@montanasky.us

Scott A. Kamber
David Stampley
**KAMBERLAW, LLC**
11 Broadway Suite 2200
New York, NY 10004
Phone: (212) 920-3071
Fax: (212) 920-3081
Email: dstampley@kamberlaw.com
skamber@kamberlaw.com

David A. Handzo
**JENNER & BLOCK LLP**
1099 New York Avenue NW Ste. 900
Washington, DC 20001
Phone: (202) 639-6000
Fax: (202) 639-6066
Email: dhandzo@jenner.com

Rahul Ravipudi
Pete Kaufman
**PANISH SHEA & BOYLE LLP**
11111 Santa Monica Blvd. Suite 700
Los Angeles, CA 90025
Phone: (310) 477-1700
Fax: (310) 477-1699
Email: ravipudi@psblaw.com
pkaufman@psblaw.com