# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| NEIL DEERING, individually, and on behalf of himself and all others similarly situated,<br><br>    *Plaintiff,*<br><br>  v.<br><br>CENTURYTEL, INC., a Louisiana Corporation, CENTURYTEL BROADBAND SERVICES, LLC, a Louisiana Corporation, and CENTURYTEL SERVICE GROUP, LLC, a Louisiana Corporation,<br><br>    *Defendants*. | **Case No.CV-10-63-BLG-RFC**<br><br>**[PROPOSED] ORDER CONCERNING JOINT MOTION FOR ENLARGEMENT OF TIME** |

  Having considered the parties' Joint Motion for Enlargement of Time, and for good cause shown, IT IS HEREBY ORDERED that the parties' Joint Motion for Enlargement of Time is GRANTED.  Plaintiff's opposition to Defendants' Partial Motion to Dismiss is due February 25, 2011

Dated:              _____

                  Honorable Richard F. Cebull
                  United States District Judge