# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA,
# BILLINGS DIVISION

| | | |
|---|---|---|
| NEIL DEERING, Individually and on behalf of himself and all others similarly situated, | ) ) ) ) | CV-10-63-BLG-RFC |
| Plaintiff, | ) ) | **ORDER** |
| -vs- | ) ) | |
| CENTURYTEL, INC., a Louisiana Corporation, CENTURYTEL BROADBAND SERVICES, LLC, a Louisiana Corporation, and CENTURYTEL SERVICE GROUP, LLC, a Louisiana Corporation, | ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

Plaintiff filed an unopposed Motion for Enlargement of Time to respond to Defendants' Partial Motion to Dismiss Counts I and II of the Complaint.

IT IS HEREBY ORDERED that Plaintiff's Response to Defendants' Partial Motion to Dismiss [Doc. #32] is due on or before February 25, 2011. Any Reply Brief is due by March 11, 2011.

DATED this 17th Day of February, 2011.

_/s/ Richard F. Cebull_____
RICHARD F. CEBULL
U.S. DISTRICT JUDGE