# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| NEIL DEERING, individually, and on behalf of himself and all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>CENTURYTEL, INC., a Louisiana Corporation, CENTURYTEL BROADBAND SERVICES, LLC, a Louisiana Corporation, and CENTURYTEL SERVICE GROUP, LLC, a Louisiana Corporation,<br><br>*Defendants*. | Case No.CV-10-63-BLG-RFC<br><br>**PLAINTIFFS' MOTION FOR LEAVE TO FILE UNDER SEAL HIS BRIEF IN OPPOSITION TO DEFENDANT'S PARTIAL MOTION TO DISMISS COUNTS I AND II OF PLAINTIFF'S COMPLAINT** |

Pursuant to L.R. 1.8(b)(3)(A) and (4)(A)(i)-(ii), Plaintiff hereby seeks leave to file his Brief in Opposition to Defendants' Partial Motion to Dismiss under seal, showing the Court the following:

1. Plaintiff's Brief attaches, and makes reference to, the declaration of Alissa Cooper (Exhibit A to Plaintiff's Brief). As set forth in her declaration, Ms. Cooper is familiar with the NebuAd "Ultra Transparent Appliance," and describes same therein. In describing this device, Ms. Cooper makes reference to certain documents which were provided, pursuant to a confidentiality agreement, to counsel for Plaintiff in the case of *Valentine v. NebuAd, Inc., et al.*,

No. C08-cv-05113 (TEH)(N.D. Cal). These documents contain proprietary information and NebuAd has requested, and counsel for Plaintiff have agreed, that they not be made public.

2. In an abundance of caution, Plaintiff requests that only counsel (for all parties) and the Court have access to Plaintiff's Brief, and the exhibit thereto.

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 25, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

          *s/Rahul Ravipudi*
          Rahul Ravipudi, Esq., Admitted *pro hac vice*
          PANISH SHEA & BOYLE LLP
          11111 Santa Monica Blvd., Suite 700
          Los Angeles, CA  90025
          Telephone:  (310) 477-1700
          Facsimile:  (310) 477-1699
          Email:  ravipudi@psblaw.com

          Lane Benett
          322 2d Avenue West, Suite D
          Kalispell, MT  59903