Alan L. Joscelyn
GOUGH, SHANAHAN, JOHNSON,
        & WATERMAN, PLLP
33 S. Last Chance Gulch
Helena, MT 59601
Tel: 406-442-8560
Email: alj@gsjw.com

David A. Handzo
JENNER & BLOCK LLP
1099 New York Avenue NW Suite 900
Washington, DC 20001
Tel: 202-639-6000
Email: dhandzo@jenner.com

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA,
BILLINGS DIVISION

|  |  |
|---|---|
| NEIL DEERING, individually, and on behalf of himself and all others similarly situated, ) ) ) ) | Case No. CV-10-63-BLG-RFC |
| Plaintiff, ) ) | **UNOPPOSED MOTION FOR LEAVE TO FILE UNDER SEAL** |
| v. ) ) | |
| CENTURY TEL, INC., a Louisiana corporation, CENTURYTEL BROADBAND SERVICES, LLC, a Louisiana corporation, and CENTURYTEL SERVICE GROUP, LLC, a Louisiana corporation, ) ) ) ) ) ) ) | |
| Defendants. ) | |

## UNOPPOSED MOTION FOR LEAVE TO FILE UNDER SEAL

Defendants CenturyTel, Inc., CenturyTel Broadband Services, LLC, and CenturyTel Service Group, LLC (collectively, "Defendants" or "CenturyTel"), hereby move for leave to file under seal their Reply Brief in Support of Their Partial Motion to Dismiss with Prejudice Counts I and II of Plaintiff's Complaint. Attached to Defendants' Reply Brief is a declaration by Dr. Ellis Horowitz, which relies in part upon information subject to a protective order in *Dan Valentine, et al. v. Nebuad, Inc., et al.*, CV-08-5113 (TEH), before the United States District Court for the Northern District of California.  Counsel for Plaintiff has been consulted and does not object to this motion.

WHEREFORE, for the foregoing reason, Defendants hereby move for leave to file under seal their Reply Brief in Support of Their Partial Motion to Dismiss With Prejudice Counts I and II of Plaintiff's Complaint.

Dated:        March 11, 2011                Respectfully submitted,

/s/ Alan L. Joscelyn

Alan L. Joscelyn
GOUGH, SHANAHAN, JOHNSON
& WATERMAN, PLLP
33 S. Last Chance Gulch
Post Office Box 1715
Helena, Montana  59624-1715
Ph.  406-442-8560
Fax 406-442-8783
alj@gsjw.com