IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA,
BILLINGS DIVISION

| | |
|---|---|
| NEIL DEERING, individually, and on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>CENTURY TEL, INC., a Louisiana corporation, CENTURYTEL BROADBAND SERVICES, LLC, a Louisiana corporation, and CENTURYTEL SERVICE GROUP, LLC, a Louisiana corporation,<br><br>    Defendants. | Case No. CV-10-63-BLG-RFC<br><br>**PROPOSED ORDER** |

Upon consideration of Defendant's Unopposed Motion for Leave to File Under Seal Their Reply Brief in Support of Their Partial Motion to Dismiss With Prejudice Counts I and II of Plaintiff's Complaint,

IT IS HEREBY ORDERED that the motion is GRANTED.

SO ORDERED this _____ day of _____, 2011.

_____
The Honorable Richard F. Cebull