**CERTIFICATE OF SERVICE**

      I, Rahul Ravipudi, an attorney, do hereby certify that the Declaration of Andrew Case and the Declaration of Alissa Cooper was issued on March 15, 2011 via email to:

David A. Handzo
Matthew E. Price
Jenner & Block LLP
1099 New York Avenue NW, Suite 900
Washington, D.C.  20001
202-639-6000
dhandzo@jenner.com

Alan Lynn Joscelyn
Gough Shanahan Johnson & Waterman
PO Box 1715
Helena, MT  59624
406-442-8560
406-442-8783 (fax)
alj@gsjw.com

*Attorneys for Defendant CenturyTel*

Lane K. Bennett
Bennett Law Office
Box 1354
Kalispell, MT  59903-1354
406-752-7300
406-752-7300 (fax)
lkbennett@montanasky.us

Scott A. Kamber
David Stampley
KamberLaw, LLC
11 Broadway, Suite 2200
New York, NY  10004
212-920-3071
212-920-3081 (fax)
skamber@kamberlaw.com
dstampley@kamberlaw.com
*Attorneys for Plaintiff Neil Deering*

                                              /s/Rahul Ravipudi
                                              Rahul Ravipudi
                                              Panish Shea & Boyle LLP
                                              11111 Santa Monica Blvd., Suite 700
                                              Los Angeles, CA  90025
                                              (310) 477-1700
                                              ravipudi@psblaw.com