Alan L. Joscelyn
GOUGH, SHANAHAN, JOHNSON,
    & WATERMAN, PLLP
33 S. Last Chance Gulch
Helena, MT 59601
Tel: 406-442-8560
Email: alj@gsjw.com

David A. Handzo
JENNER & BLOCK LLP
1099 New York Avenue NW Suite 900
Washington, DC 20001
Tel: 202-639-6000
Email: dhandzo@jenner.com

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA,
BILLINGS DIVISION

| | |
|---|---|
| NEIL DEERING, individually, and on behalf of himself and all others similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>CENTURY TEL, INC., a Louisiana corporation, CENTURYTEL BROADBAND SERVICES, LLC, a Louisiana corporation, and CENTURYTEL SERVICE GROUP, LLC, a Louisiana corporation,<br><br>        Defendants. | Case No. CV-10-63-BLG-RFC<br><br>**MOTION FOR LEAVE TO FILE UNDER SEAL** |

## MOTION FOR LEAVE TO FILE UNDER SEAL

Defendants CenturyTel, Inc., CenturyTel Broadband Services, LLC, and CenturyTel Service Group, LLC (collectively, "Defendants" or "CenturyTel"), hereby move for leave to file under seal their Motion to Exclude Portions of Andrew Case's Testimony, along with its corresponding Brief and Exhibits. Included in Defendants' Brief are quotes from a declaration (Exhibit A) and deposition transcript (Exhibit B) of Andrew Case, which rely in part upon information subject to a protective order in *Dan Valentine, et al. v. Nebuad, Inc., et al.*, CV-08-5113 (TEH), before the United States District Court for the Northern District of California. Defendants made repeated attempts to contact Plaintiff's counsel but voicemails and emails were not returned.

WHEREFORE, for the foregoing reason, Defendants hereby move for leave to file under seal their Motion to Exclude Portions of Andrew Case's Testimony along with its corresponding Brief and Exhibits.

Dated:    May 13, 2011                    Respectfully submitted,

                                          /s/ Alan L. Joscelyn

                                          Alan L. Joscelyn
                                          GOUGH, SHANAHAN, JOHNSON
                                          & WATERMAN, PLLP