Alan L. Joscelyn
GOUGH, SHANAHAN, JOHNSON,
    & WATERMAN, PLLP
33 S. Last Chance Gulch
Helena, MT 59601
Tel: 406-442-8560
Email: alj@gsjw.com

David A. Handzo
JENNER & BLOCK LLP
1099 New York Avenue NW Suite 900
Washington, DC 20001
Tel: 202-639-6000
Email: dhandzo@jenner.com

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA,
BILLINGS DIVISION

| | |
|---|---|
| NEIL DEERING, individually, and on behalf of himself and all others similarly situated,<br><br>            Plaintiff,<br><br>    v.<br><br>CENTURY TEL, INC., a Louisiana corporation, CENTURYTEL BROADBAND SERVICES, LLC, a Louisiana corporation, and CENTURYTEL SERVICE GROUP, LLC, a Louisiana corporation,<br><br>            Defendants. | Case No. CV-10-63-BLG-RFC<br><br>**DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO EXCEED THE WORD LIMIT OF LOCAL RULE 7.1(d)(2) IN FILING THEIR SUMMARY JUDGMENT BRIEF** |

# DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO EXCEED THE WORD LIMIT OF LOCAL RULE 7.1(d)(2) IN FILING THEIR SUMMARY JUDGMENT BRIEF

Defendants CenturyTel, Inc., CenturyTel Broadband Services, LLC, and CenturyTel Service Group, LLC (collectively, "Defendants or CenturyTel"), hereby move for leave to exceed the word count limit of Local Rule 7.1(d)(2) in filing their memorandum in support of summary judgment. That brief is currently due on May 25, 2011, to allow for the motion to be fully briefed by this Court's deadline of June 15, 2011.

Defendants respectfully request a word count not to exceed 14,000 words, excluding caption and certificates of service and compliance, to provide adequate space to brief all four Counts, as a Motion to Dismiss on Counts I and II remains pending and the case involves matters of technical complexity. Defendants' counsel has contacted Plaintiff's counsel, and they have consented to this motion.

WHEREFORE, for the foregoing reasons, Defendants hereby move for leave to exceed the word count limit of Local Rule 7.1(d)(2) in filing its memorandum in support of summary judgment.

1

Dated: May 13, 2011    Respectfully submitted,

/s/ Alan L. Joscelyn

Alan L. Joscelyn
GOUGH, SHANAHAN, JOHNSON
& WATERMAN, PLLP
33 S. Last Chance Gulch
Post Office Box 1715
Helena, Montana  59624-1715
Ph.  406-442-8560
Fax 406-442-8783
alj@gsjw.com

David A. Handzo
JENNER & BLOCK LLP
1099 New York Avenue, N.W.
Suite 900
Washington, D.C. 20001-4412
Ph. (202) 639-6085
Fax (202) 661-4853
DHandzo@jenner.com

## CERTIFICATE OF SERVICE

I, Matthew E. Price, an attorney, do hereby certify that Defendants' Motion to Exclude Portions of Andrew Case's Testimony was served on May 13, 2011, via Notice of Electronic Filing and email to:

Scott A. Kamber
David Stampley
KamberLaw
100 Wall Street, 23rd Floor
New York, NY 10005
Ph.  (212) 920-3072
Fax (212) 202-6364
skamber@kamberlaw.com
dstampley@kamberlaw.com

Brian Panish
Pete Kaufman
Rahul Ravipudi
Panish, Shea & Boyle, LLP
11111 Santa Monica Blvd., Suite 700
Los Angeles, CA 90025
Ph.  (310) 477-1700
Fax (310) 477-1699
panish@psblaw.com
pkaufman@psblaw.com
ravipudi@psblaw.com

Lane K. Bennett
322 2nd Ave. West, Suite D
Kalispell, Montana 59903
Phone: 406-752-7300
Fax: 406-752-7300
Email: lkbennett@montanasky.us

*Counsel for Neil Deering*

May 13, 2011

/s/ Matthew E. Price
Attorney for Defendants