IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA,
BILLINGS DIVISION

| | |
|---|---|
| NEIL DEERING, individually, and on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CENTURY TEL, INC., a Louisiana corporation, CENTURYTEL BROADBAND SERVICES, LLC, a Louisiana corporation, and CENTURYTEL SERVICE GROUP, LLC, a Louisiana corporation,<br><br>Defendants. | Case No. CV-10-63-BLG-RFC<br><br>**PROPOSED ORDER** |

Upon consideration of Defendant's Unopposed Motion for Leave to Exceed the Word Limit of Local Rule 7.1(d)(2) in filing its memorandum in support of summary judgment, and to file a memorandum in support of summary judgment with a word limit of 14,000 words, excluding caption and certificates of service and compliance,

IT IS HEREBY ORDERED that the motion is GRANTED.

SO ORDERED this _____ day of _____, 2011.

_____
The Honorable Richard F. Cebull