FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| NEIL DEERING, individually, and on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CENTURY TEL, INC., a Louisiana corporation, CENTURYTEL BROADBAND SERVICES, LLC, a Louisiana corporation, and CENTURYTEL SERVICE GROUP, LLC, a Louisiana corporation,<br><br>Defendants. | Case No. CV-10-63-BLG-RFC<br><br>**ORDER** |

Upon consideration of Defendant's Unopposed Motion for Leave to File Under Seal their Motion to Exclude Portions of Andrew Case's Testimony, along with its corresponding Brief and Exhibits,

IT IS HEREBY ORDERED that the motion is GRANTED.

DATED this 17th day of May, 2011.

_____
The Honorable Richard F. Cebull