FILED

2011 MAY 17 PM 2 52

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | | |
|---|---|---|
| NEIL DEERING, Individually and on behalf of himself and all others similarly situated, | ) ) ) ) | CV-10-63-BLG-RFC |
| Plaintiff, | ) ) ) | **ORDER** |
| -vs- | ) ) | |
| CENTURYTEL, INC., a Louisiana Corporation, CENTURYTEL BROADBAND SERVICES, LLC, a Louisiana Corporation, and CENTURYTEL SERVICE GROUP, LLC, a Louisiana Corporation, | ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

Defendants move the Court for leave to file a 14,000 word brief in support of their motion for summary judgment. *Doc. 45.* Under this Court's Local Rules of Procedure, summary judgment briefs are limited to 6,500 words. L.R. 7.1(d)(2)(A). At the time, the Court had not yet issued its Order dismissing Counts I and II of the Complaint (*doc. 46*) and Defendants asked to exceed the

1

word limit to allow them to adequately brief all four counts. Since Counts I and II have been dismissed, Defendants have offered no other reason to exceed the word limit, and the best "briefs" are concise, the motion (*doc. 45*) is **DENIED**.

**SO ORDERED**.

Dated this 17th day of May, 2011.

Richard F. Cebull
United States District Judge