Alan L. Joscelyn
GOUGH, SHANAHAN, JOHNSON,
    & WATERMAN, PLLP
33 S. Last Chance Gulch
Helena, MT 59601
Tel: 406-442-8560
Email: alj@gsjw.com

David A. Handzo
JENNER & BLOCK LLP
1099 New York Avenue NW Suite 900
Washington, DC 20001
Tel: 202-639-6000
Email: dhandzo@jenner.com

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA,
BILLINGS DIVISION

| | |
|---|---|
| NEIL DEERING, individually, and on behalf of himself and all others similarly situated,<br><br>        Plaintiff,<br><br>        v.<br><br>CENTURY TEL, INC., a Louisiana corporation, CENTURYTEL BROADBAND SERVICES, LLC, a Louisiana corporation, and CENTURYTEL SERVICE GROUP, LLC, a Louisiana corporation,<br><br>        Defendants. | Case No. CV-10-63-BLG-RFC<br><br>**UNOPPOSED MOTION FOR LEAVE TO FILE UNDER SEAL** |

## UNOPPOSED MOTION FOR LEAVE TO FILE UNDER SEAL

Defendants CenturyTel, Inc., CenturyTel Broadband Services, LLC, and CenturyTel Service Group, LLC (collectively, "Defendants" or "CenturyTel"), hereby move for leave to file under seal their Motion for Summary Judgment, along with its corresponding Brief and Exhibits. Included in Defendants' Statement of Undisputed Facts ("SUF") and Brief are quotes from the declarations and depositions of Plaintiffs' and Defendants' proposed expert witnesses, which are attached as Exhibits to the SUF. The proposed experts, in writing their declarations, rely in part upon information subject to a protective order in *Dan Valentine, et al. v. Nebuad, Inc., et al.*, CV-08-5113 (TEH), before the United States District Court for the Northern District of California. Counsel for Plaintiff has been contacted and consents to this motion.

WHEREFORE, for the foregoing reason, Defendants hereby move for leave to file under seal their Motion for Summary Judgment along with its corresponding Brief and Exhibits.

Dated: May 25, 2011

Respectfully submitted,

/s/ Alan L. Joscelyn

Alan L. Joscelyn
GOUGH, SHANAHAN, JOHNSON,
 & WATERMAN, PLLP
33 S. Last Chance Gulch
Helena, MT 59601
Tel: 406-442-8560
Email: alj@gsjw.com

David A. Handzo
JENNER & BLOCK LLP
1099 New York Avenue NW Suite 900
Washington, DC 20001
Tel: 202-639-6000
Email: dhandzo@jenner.com

*Attorneys for Defendants*