IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA,
BILLINGS DIVISION

| | |
|---|---|
| NEIL DEERING, individually, and on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CENTURY TEL, INC., a Louisiana corporation, CENTURYTEL BROADBAND SERVICES, LLC, a Louisiana corporation, and CENTURYTEL SERVICE GROUP, LLC, a Louisiana corporation,<br><br>Defendants. | Case No. CV-10-63-BLG-RFC<br><br>**PROPOSED ORDER** |

Upon consideration of Defendant's Unopposed Motion for Leave to File Under Seal their Motion for Summary Judgment, along with its corresponding Brief and Exhibits,

IT IS HEREBY ORDERED that the motion is GRANTED.

SO ORDERED this _____ day of _____, 2011.

_____
The Honorable Richard F. Cebull