# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA,
# BILLINGS DIVISION

| | | |
|---|---|---|
| NEIL DEERING, Individually and on behalf of himself and all others similarly situated, | ) ) ) ) | CV-10-63-BLG-RFC |
| Plaintiff, | ) | **ORDER** |
| -vs- | ) ) ) | |
| CENTURYTEL, INC., a Louisiana Corporation, CENTURYTEL BROADBAND SERVICES, LLC, a Louisiana Corporation, and CENTURYTEL SERVICE GROUP, LLC, a Louisiana Corporation, | ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

Upon consideration of Defendant's Unopposed Motion for Leave to File Under Seal their Motion for Summary Judgment, along with its corresponding Brief and Exhibits (Docs. #50 and 51),

IT IS HEREBY ORDERED that the motion is GRANTED.

DATED this 26th Day of May, 2011.

                                             _/s/ Richard F. Cebull_____
                                             RICHARD F. CEBULL
                                             U.S. DISTRICT JUDGE