IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| NEIL DEERING, individually, and on behalf of himself and all others similarly situated,<br><br>              *Plaintiff,*<br><br>              v.<br><br>CENTURYTEL, INC., a Louisiana Corporation, CENTURYTEL BROADBAND SERVICES, LLC, a Louisiana Corporation, and CENTURYTEL SERVICE GROUP, LLC, a Louisiana Corporation,<br><br>              *Defendants*. | **Case No.CV-10-63-BLG-RFC**<br><br>**PLAINTIFFS' UNOPPOSED MOTION FOR ENLARGEMENT OF TIME** |

      COMES NOW Plaintiff Neil Deering, on behalf of himself and all others similarly situated, and respectfully file this Motion for Enlargement of Time to file his response in Opposition to the Defendants' Motion for Summary Judgment showing the following:

      1.    Defendants' Motion for Summary Judgment was filed on May 25, 2011. Plaintiff's response is currently due June 15, 2011.

      2.    Counsel for Plaintiff has conferred with counsel for the Defendants and they do not oppose Plaintiff's request.

      3.    No prior extensions to file this response have been sought or granted.

4. The issues raised in Defendants' Motion for Summary Judgment are expansive. A hearing date has not yet been set for argument on the Motion. Plaintiffs are in the process of compiling the evidence to for its response, but would benefit from a brief enlargement of time within which to respond to Defendants' Motion for Summary Judgment.

5. Accordingly, the Plaintiffs request that the Court to extend the above-described deadlines concerning the response to Defendants' Motion for Summary Judgment by ten (10) days. This change will not require any change to any other existing deadlines, including the hearing date and trial date.

*s/Rahul Ravipudi*

Rahul Ravipudi, Esq. Admitted *pro hac vice*
Panish Shea & Boyle LLP
11111 Santa Monica Boulevard, Suite 700
Los Angeles, CA  90025
Telephone:  (310) 477-1700
Facsimile:  (310) 477-1699
Email:  ravipudi@psblaw.com

Lane Benett
322 2d Avenue West, Suite D
Kalispell, MT  59903

**CERTIFICATE OF SERVICE**

I hereby certify that on June 13, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

    *s/Rahul Ravipudi*

Rahul Ravipudi, Esq. Admitted *pro hac vice*
Panish Shea & Boyle LLP
11111 Santa Monica Boulevard, Suite 700
Los Angeles, CA  90025
Telephone:  (310) 477-1700
Facsimile:  (310) 477-1699
Email:  ravipudi@psblaw.com

Lane Benett
322 2d Avenue West, Suite D
Kalispell, MT  59903