Alan L. Joscelyn
GOUGH, SHANAHAN, JOHNSON,
    & WATERMAN, PLLP
33 S. Last Chance Gulch
Helena, MT 59601
Tel: 406-442-8560
Email: alj@gsjw.com

David A. Handzo
JENNER & BLOCK LLP
1099 New York Avenue NW Suite 900
Washington, DC 20001
Tel: 202-639-6000
Email: dhandzo@jenner.com

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA,
BILLINGS DIVISION

| | |
|---|---|
| NEIL DEERING, individually, and on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CENTURY TEL, INC., a Louisiana corporation, CENTURYTEL BROADBAND SERVICES, LLC, a Louisiana corporation, and CENTURYTEL SERVICE GROUP, LLC, a Louisiana corporation,<br><br>Defendants. | Case No. CV-10-63-BLG-RFC<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Neil Deering ("Plaintiff") and Defendants CenturyTel, Inc., CenturyTel Broadband Services, LLC, and CenturyTel Service Group, LLC ("Defendants" or "CenturyTel") hereby stipulate and agree:

1. The Court ordered Counts I and II of Plaintiff's Complaint dismissed under Fed. R. Civ. P. 12(b)(6) on May 16, 2011. The only counts remaining in this action are Counts III and IV for alleged violations of the Computer Fraud and Abuse Act and trespass to chattels.

2. Plaintiff and Defendants hereby stipulate, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), to the dismissal, with prejudice, of all the remaining claims in this action—Counts III and IV of Plaintiff's Complaint.

3. This stipulation for dismissal has no impact or effect on Plaintiff's ability to seek any available remedies, appellate or otherwise, as to the Counts I and II.

IT IS SO STIPULATED BY COUNSEL OF RECORD.

Dated: June 30, 2011

/s/ Lane K. Bennett
Lane K. Bennett
**LAW OFFICES OF
LANE K. BENNETT**
322 2nd Ave. West, Suite D
Kalispell, MT 59903
Phone: 406-752-7300
Fax: 406-752-7300
Email: lkbennett@montanasky.us

**and**
Scott A. Kamber
David Stamply
**KAMBERLAW, LLC**
100 Wall Street 23rd Floor
New York, NY 10005
Phone: 212 920-3072
Fax: 212-202-6364
Email: dstampley@kamberlaw.com

**and**
Rahul Ravipudi
Brian Panish
**PANISH SHEA & BOYLE LLP**
11111 Santa Monica Blvd., Suite 700
Los Angeles, CA 90025
Phone: 310-477-1700
Fax: 310-477-1699
Email: ravipudi@psblaw.com

*Attorneys for Plaintiff*

Respectfully submitted,

/s/ Alan L. Joscelyn
Alan L. Joscelyn
**GOUGH, SHANAHAN, JOHNSON
& WATERMAN, PLLP**
33 S. Last Chance Gulch
P.O. Box 1715
Phone: 406-442-8560
Fax: 406-442-8783
alj@gsjw.com

**and**
David A. Handzo
**JENNER & BLOCK LLP**
1099 New York Ave NW Ste. 900
Washington, DC 20001
Phone: 202-639-6000
Fax: 202-639-6066
Email: dhandzo@jenner.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

      I hereby certify that, on June 30, 2011, the Joint Stipulation of Dismissal with Prejudice was served via CM/ECF and email to:

Scott A. Kamber
David Stampley
KamberLaw
100 Wall Street, 23rd Floor
New York, NY 10005
Ph. (212) 920-3072
Fax (212) 202-6364
dstampley@kamberlaw.com
skamber@kamberlaw.com

Brian Panish
Pete Kaufman
Rahul Ravipudi
Panish, Shea & Boyle, LLP
11111 Santa Monica Blvd., Suite 700
Los Angeles, CA 90025
Ph. (310) 477-1700
Fax (310) 477-1699
panish@psblaw.com
pkaufman@psblaw.com
ravipudi@psblaw.com

Lane K. Bennett
Law Offices of Lane K. Bennett
322 2nd Ave. West, Suite D
Kalispell, Montana 59903
Ph. (406) 752-7300
Fax (406) 752-7300
lkbennett@montanasky.us

*Counsel for Plaintiff*

David Handzo
Jenner & Block LLP
1099 New York Ave NW Ste. 900
Washington, DC 20001
Ph. (202) 639-6000
Fax (202) 639-6066
Email: dhandzo@jenner.com

*Counsel for Defendants*

      /s/ Alan Joscelyn
      Attorney for Defendants