FILED
BILLINGS DIV.
2011 JUN 30 AM 11 49
PATRICK E. DUFFY, CLERK
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA,
BILLINGS DIVISION

| | | |
|---|---|---|
| NEIL DEERING, Individually and on behalf of himself and all others similarly situated, | ) ) ) | CV-10-63-BLG-RFC |
| Plaintiff, | ) ) ) | **ORDER DISMISSING COUNTS III AND IV** |
| -vs- | ) ) | |
| CENTURYTEL, INC., a Louisiana Corporation, CENTURYTEL BROADBAND SERVICES, LLC, a Louisiana Corporation, and CENTURYTEL SERVICE GROUP, LLC, a Louisiana Corporation, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

Counsel has filed a Joint Stipulation of Dismissal with Prejudice for the remaining counts of the Complaint.

IT IS HEREBY ORDERED that Counts III and IV of the Complaint are dismissed with prejudice. Plaintiffs retain the ability to seek any available remedies, appellate or otherwise, as to Counts I and II of the Complaint. Each party is to bear their own costs and attorney's fees.

The Clerk of Court is directed terminate all pending motions and deadlines,

enter judgment accordingly, and close this case.

DATED this _30_ Day of June, 2011.

*/s/ Richard F. Cebull*
RICHARD F. CEBULL
U. S. DISTRICT JUDGE