# UNITED STATES DISTRICT COURT
# DISTRICT OF MONTANA
# BILLINGS DIVISION

**NEIL DEERING, Individually and on behalf of himself and all others similarly situated,**

    **Plaintiff,**

    **vs.**

**CENTURYTEL, INC. A Louisiana Corporation, CENTURYTEL BROADBAND SERVICES, LLC, a Louisiana Corporation, and CENTURYTEL SERVICE GROUP LLC, a Louisiana Corporation,**

    **Defendants.**

**CV-10-63-BLG-RFC**

**JUDGMENT IN A CIVIL CASE**

__ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_XX_ **Decision by Court.** This action came before the Court on motion, hearing, or determination on the record. A decision has been rendered.

**IT IS HEREBY ORDERED that Counts III and IV of the Complaint are dismissed with prejudice pursuant to the Joint Stipulation of Dismissal; Counts I and II of the Complaint were dismissed by order of the court filed on 5/16/2011. Each party is to bear their own costs and attorneys' fees.**

    Dated this 30th day June, 2011

                                   PATRICK E. DUFFY, CLERK

                                   By: /s/ Amanda Lambott
                                           Deputy Clerk